No. 00–9074. BROWN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1272. DELAWARE COUNTY HOUSING AUTHORITY v. BISHOP. Comm. Ct. Pa. Motion of Housing Development Law Institute et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 00–1286. KANSAS CITY SOUTHERN RAILWAY CO. v. GIDDENS. Sup. Ct. Mo. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 00–1301. ROE v. AWARE WOMAN CENTER FOR CHOICE, INC., ET AL. C. A. 11th Cir. Certiorari before judgment denied.

No. 00–1304. KROGER CO. v. CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL. C. A. 7th Cir. Motion of American Bakers Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 00–1312. CALIFORNIA v. ALVARADO ET AL. Sup. Ct. Cal. Motions of respondents Joaquin Alvarado and Jorge Lopez for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–8816. CEMINCHUK v. TENET, DIRECTOR OF CENTRAL INTELLIGENCE, ET AL.; and CEMINCHUK v. REHNQUIST, CHIEF JUSTICE OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 00–925. BARTH v. KAYE, CHIEF JUDGE, COURT OF APPEALS OF NEW YORK, ET AL., 531 U. S. 1147;

No. 00–955. HURLEY ET UX. v. MOTOR COACH INDUSTRIES, INC., 531 U. S. 1148;

No. 00–980. THOMPSON v. MENGEL, CLERK, SUPREME COURT OF OHIO, 531 U. S. 1149;

No. 00–1042. TONN v. UNITED STATES, 531 U. S. 1151;

No. 00–1120. KOUKIOS v. GANSON ET AL., 531 U. S. 1153;

No. 00–6001. McDONALD v. UNITED STATES, 531 U. S. 1154;

No. 00–6288.  ORTIZ *v.* PITCHER, WARDEN, 531 U. S. 1019;

No. 00–6432.  WILSON *v.* UNITED STATES, 531 U. S. 1154;

No. 00–6555.  HESSE *v.* DEPARTMENT OF STATE, 531 U. S. 1154;

No. 00–6735.  REYNOSO *v.* MCGINNIS, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY, 531 U. S. 1086;

No. 00–7157.  TWILLIE *v.* BRENNAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION, ET AL., 531 U. S. 1129;

No. 00–7202.  SACCO *v.* COOKSEY, WARDEN, ET AL., 531 U. S. 1156;

No. 00–7247.  PAUL *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 531 U. S. 1157;

No. 00–7420.  GUNDY *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 531 U. S. 1162;

No. 00–7436.  ZISKIS *v.* UNITED STATES, 531 U. S. 1163;

No. 00–7528.  BOULINEAU *v.* TRIPP ET AL., 531 U. S. 1167;

No. 00–7549.  JARRETT *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 531 U. S. 1168;

No. 00–7554.  RASTEN *v.* NORTHEASTERN UNIVERSITY, 531 U. S. 1168;

No. 00–7577.  SIEGEL *v.* COLUMBIA/PENTAGON CITY NATIONAL ORTHOPEDIC HOSPITAL ET AL., 531 U. S. 1169;

No. 00–7578.  SIEGEL *v.* COLUMBIA/HCA HEALTHCARE CORP. ET AL., 531 U. S. 1169;

No. 00–7653.  SALINAS MESTIZA *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 531 U. S. 1194;

No. 00–7693.  LABLANCHE *v.* HALTER, ACTING COMMISSIONER OF SOCIAL SECURITY, 531 U. S. 1173;

No. 00–7748.  TIPP *v.* AMSOUTH BANK, N. A., 531 U. S. 1196;

No. 00–7817.  JEFFERSON *v.* CAMBRA, WARDEN, 531 U. S. 1197;

No. 00–7818.  LUCEY *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 531 U. S. 1197;

No. 00–7840.  BRAMSON *v.* UNITED STATES, 531 U. S. 1177;

No. 00–7842.  BROWN *v.* HODGES, GOVERNOR OF SOUTH CAROLINA, ET AL., *ante,* p. 926;

No. 00–7847.  PAGE-BEY *v.* UNITED STATES, 531 U. S. 1177;

No. 00–7859.  LAMPKIN *v.* UNITED STATES, 531 U. S. 1178;

No. 00–7965.  WOLFRAM *v.* PRINCIPI, SECRETARY OF VETERANS AFFAIRS, ET AL., 531 U. S. 1180;

No. 00–8027.  IN RE CUMMINGS, 531 U. S. 1142;

No. 00–8209. DUNMON *v.* JOHNSON, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,*
p. 911; and

No. 00–8396. STEELE *v.* MOORE, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS, 531 U. S. 1203. Petitions for rehear-
ing denied.

APRIL 17, 2001

No. 00–1396. DUNCAN ET AL. *v.* KANSAS CITY SOUTHERN
RAILWAY CO. ET AL. Sup. Ct. La. Certiorari dismissed under
this Court's Rule 46.1.

APRIL 23, 2001

No. 00–222. CITY OF BELLINGHAM ET AL. *v.* DEBOER ET UX.
C. A. 9th Cir. Certiorari granted, judgment vacated, and case
remanded for further consideration in light of *Lujan* v. *G & G
Fire Sprinklers, Inc., ante,* p. 189.

No. 126, Orig. KANSAS *v.* NEBRASKA ET AL. Motion of the
Special Master for allowance of fee and disbursements granted,
and the Special Master is awarded a total of $152,563.19 for the
period August 1, 2000, through February 28, 2001, to be paid
evenly by Kansas, Nebraska, and Colorado. [For earlier order
herein, see, *e. g.*, 531 U. S. 806.]

No. 00–7929. WATKIS *v.* AMERICAN NATIONAL INSURANCE CO.
C. A. 11th Cir. Motion of petitioner for reconsideration of order
denying leave to proceed *in forma pauperis* [531 U. S. 1187]
denied.

No. 00–8670. HEAD *v.* HALTER, ACTING COMMISSIONER OF
SOCIAL SECURITY. C. A. 10th Cir.;